NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRY L. KLOTZ, *on behalf of herself and those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> CELENTANO, STADTMAUER & WALENTOWICZ, LLP and JOHN DOES 1 to 10, <br><br> Defendants. | Case No: 19-248 (SDW) (SCM) <br><br> **ORDER** <br><br> August 6, 2019 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Defendant Celentano, Stadtmauer & Walentowicz, LLP's ("Defendant") Motion to Dismiss Plaintiff Terry L. Klotz's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court having carefully reviewed and considered the parties' submissions, for the reasons stated in this Court's Opinion dated August 6, 2019,

**IT IS** on this 6th day of August, 2019

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 11) is **GRANTED**.

**SO ORDERED.**

s/ *Susan D. Wigenton*_____
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:    Clerk
cc:      Steven C. Mannion, U.S.M.J.
         Parties